UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CR-25-1BR
No. 4:19-CV-69-BR

JOSEPH CHRISTOPHER BOYDEN,          )
           Petitioner,          )
                                     )
    v.                          )          O R D E R
                                     )
UNITED STATES OF AMERICA,          )
           Respondent.          )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing §

2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule

5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the

above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days

of the filing of this order.

This 10 May 2019.

_____
W. Earl Britt
Senior U.S. District Judge